**David N. HANNAH, Jr. Appellant,**

v.

**Gary CAMPBELL, Dr., Correctional Medical Systems; Ronald Knox, Dentist, Correctional Medical Systems; Unknown Jackson, Dentist, Correctional Medical Systems; Unknown Kieper, Physician Correctional Medical Systems; Unknown Hatfield, Dentist, Correctional Medical Systems; John Knudsen, Physician, Moberly Regional Medical Center; Gail Bailey, Medical Administrator, Correctional Medical Systems; Dottie Callis, Assistant Medical Administrator, Correctional Medical Systems, Appellees.**

No. 01–2951.

United States Court of Appeals, Eighth Circuit.

Submitted April 3, 2002.

Filed April 8, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Missouri inmate David N. Hannah, Jr., appeals from the district court's[1] dismissal of his pro se 42 U.S.C. § 1983 complaint in which he alleged deliberate indifference to his medical needs. Having carefully reviewed the record, we conclude dismissal was warranted. Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny as moot the pending motion on appeal.

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.